# Third District Court of Appeal
## State of Florida

Opinion filed March 6, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0982
Lower Tribunal No. 19-37471
_____

**Harvey Ross,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Nwahiri Law, PLLC and Tobechuku Tony Nwahiri, for appellant.

Williams, Leininger & Cosby, PA, and Carri S. Leininger and Maureen Martinez (N. Palm Beach), for appellee.

Before LOGUE, C.J., and FERNANDEZ and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Rich v. Narog</u>, 366 So. 3d 1111, 1117–18 (Fla. 3d DCA

2022) (explaining Florida's "new" summary judgment standard and stating that "[i]n Florida it will no longer be plausible to maintain that 'the existence of *any* competent evidence creating an issue of fact, however credible or incredible, substantial or trivial, stops the inquiry and precludes summary judgment, so long as the 'slightest doubt' is raised.'" (quoting In re Amendments to Fla. Rule of Civil Procedure 1.510, 317 So. 3d 72, 76 (Fla. 2021))); Id. at 1118 (stating that "where . . . the nonmoving party bears the burden of proof on a dispositive issue at trial, the moving party need only demonstrate 'that there is an absence of evidence to support the nonmoving party's case'" (footnote omitted) (citing Celotex Corp. v. Catrett, 477 U.S. 317, 325 (1986))); Chowdhury v. BankUnited, N.A., 366 So. 3d 1130, 1133 n.2 (Fla. 3d DCA 2023).